— Seen

# 00-14523
Smith's Food

Turnover of Creditor Funds

**BANK OF AMERICA, N.A.**   CHECK NUMBER

**CUSTOMER CONNECTION**

DWAYNE P. SMITH
P. O. Box 8190
NEW ORLEANS, LA 70182-8190

32-1/1110 TX
0

CHECK NUMBER

**1015**

| DATE | AMOUNT |
| --- | --- |
| 10/18/07 | *******4,043.22 |

1754813

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
| --- | --- | --- |
| 00-14523 | JAB | Debtor: SMITH S FOOD MART INC |

Clerk of Court
U. S. Bankruptcy Court
Eastern District of Louisiana

*Four Thousand Forty-Three Dollars And 22/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"00⑈0⑈5⑈" ⑆⑈⑈⑈0000⑈2⑆ 375⑈⑈894⑈"

| Date: 10/18/07 | Check Number: 1015 | Amount: 4,043.22 |
| --- | --- | --- |

JAB
O MART INC

| | Trustee: | DWAYNE P. SMITH |
| --- | --- | --- |
| | | P. O. Box 8190 |
| | | NEW ORLEANS, LA 70182-8190 |

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222966   — KW
* * C O P Y * *
October 30, 2007
13:10:50

**TREASURY REGFUND
00-14523**
ebtor.: SMITH'S FOOD MART, INC.
mount.:          $4,043.22 CH
heck#.: 1015

Total—> $4,043.22

ROM: DWAYNE SMITH

10/30/07

# 4043 ²²/−
Deposited to
Treasury 6047BK
due Creditors:
① Ronald Aldrich − 2090.13
② Larry Meyer − 1953.09
                4043.22