UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                      ) CASE NUMBER: 00-14523
   SMITH S FOOD MART INC                    )
                                            ) SECTION: B
                                            )
                                            ) CHAPTER 7
   Debtor(s)                                )

## TRUSTEE'S FINAL ACCOUNT OF DISTRIBUTION
## AND APPLICATION FOR CLOSING AND DISCHARGE

COMES NOW, Dwayne P. Smith, Trustee herein, whose address is P. O. Box 8190, New Orleans, Louisiana 70182-8190, Trustee of the estate of the above-named Debtor(s) and certifies to the Court and the United States Trustee that this case has been fully administered. A Trustee's Report of Administration and Proposed Distribution (TFR) was filed and approved and proper disbursements in accordance with the Court's order approving distribution have been completed. The Trustee now certifies that he has faithfully and properly fulfilled the duties of the office of Trustee and that no funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee prays that this final account of distribution be accepted and the Court order the case closed and the Trustee discharged of any further duties.

I declare under penalty of perjury that this final report and all attachments thereto are true and accurate to the best of my knowledge and belief, and that prior to filing the report with the Court, I have received and retained an original endorsement from the United States Trustee attesting to the review of this Trustee's Final Account of Distribution and Application for Closing and Discharge.

Dated: 12/15/2007     /s/ Dwayne P. Smith
                              Dwayne P. Smith, Chapter 7 Trustee
                              P. O. Box 8190
                              New Orleans, LA 70182-8190
                              (504) 309-0632
                              dsmith@epiqtrustee.com

The United States Trustee has reviewed the Final Account, Certification that the Estate has been fully administered and Application for discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objections to the trustee's certification that the estate has been fully administered and is ready to close.

                            1/15/08
OFFICE OF THE UNITED STATES TRUSTEE

| PART A | FORM 4 | 02/03/08 |
|---|---|---|
| | Distribution Report for Closed Asset Cases | |

Case No. **00-14523**  
Case Name: **SMITH S FOOD MART INC**

Trustee Name: **DWAYNE P. SMITH**  
Date: **02/03/08**  
Date Filed / Converted to Ch. 7: **07/26/00 (f)**

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $11,013.86 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $4,043.22 | 36.71% |
| **NET RECEIPTS** | **$6,970.64** | **63.29%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $1,851.39 | $1,851.39 | 16.81% |
| Trustee Expenses | $31.37 | $31.37 | 0.28% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $817.00 | $817.00 | 7.42% |
| Other Firm's Legal Expenses | $32.50 | $32.50 | 0.30% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $3,604.35 | $3,604.35 | 32.73% |
| Other Firm's Accounting Expenses | $0.33 | $0.33 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $175.00 | $175.00 | 1.59% |
| U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
| Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $6,511.94 | $6,511.94 | 59.12% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES § 507(a)(3) | $570.60 | $458.70 | 4.16% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507 (a)(9)** | $570.60 | $458.70 | 4.16% |
| GENERAL UNSECURED CLAIMS | $0.00 | $0.00 | 0.00% |
| **TOTAL DISBURSEMENTS** | **$7,082.54** | **$6,970.64** | **63.29%** |

F4RECAP

Case No. **00-14523**
Case Name: **SMITH S FOOD MART INC**

Trustee Name: **DWAYNE P. SMITH**
Date: **02/03/08**
Date Filed / Converted to Ch. 7: **07/26/00 (f)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|   Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|   Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|   Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |