UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE Smith's Food Mart, Inc. BANKRUPTCY CASE NO. 00-14523
[Case Name] [Number]
Debtor(s) CHAPTER 7
[Number]

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Ronald Aldrich, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 7-10-10, the trustee of this estate deposited the sum of $ 2,090.13
   [insert deposit date] [insert amount]

belonging to Ronald Aldrich, with the Clerk of the
[insert name of original owner(s) of the funds]

Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Ronald Aldrich at the following
   [insert claimant's name]

address: 3550 Grandlake Blvd., Apt B-304, Kenner, LA 70065
[insert claimant's current address]

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

7|20|2010
[insert date]

Signature: Ronald Aldrich
Claimant's Name: Ronald Aldrich
Mailing Address: 3550 Grandlake Blvd. Apt B-304
City, State, Zip Code: Kenner, LA 70065
Telephone Number: (504) 453-9478
Email Address (if filed electronically): _____

Subscribed and Sworn Before Me this 20th day of July, 2010.

_____
Notary Public in and for the State of Louisiana
My commission expires: At Death
# 40993

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE _Smith's Food Mart,_ BANKRUPTCY CASE NO. _00-14523_
[Case Name] _Inc._ [Number]
Debtor(s) CHAPTER _7_
[Number]

CERTIFICATE OF SERVICE

I, _Ronald Aldrich_ certify that on _7-20-10_, a copy of the
[insert's claimant's name]   [insert date]

foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney's

Office, c/o Hale Boggs Federal Building, 500 Poydras Street, Suite B-210, New Orleans, Louisiana,

70130, by first class mail, postage prepaid.

Signature: _Ronald Aldrich_
Claimant's Name: _Ronald Aldrich_
Mailing Address: _3550 Grandlake Blvd., Apt B-304_
City, State, Zip Code: _Kenner, LA 70065_
Telephone Number: _(504) 453-9478_
Email Address (if
  filed electronically): _____

4