UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**SMITH'S FOOD MART, INC.**

DEBTOR(S)

BANKRUPTCY NO.
00-14523
SECTION "B"
CHAPTER 7

## ORDER

The Court has considered the Motion **(P-60)** filed on July 20, 2010 for Payment of Unclaimed Funds filed by Ronald Aldrich at the following address: 3550 Grandlake Blvd., Apt. B-304, Kenner, LA 70065, requesting payment of unclaimed funds in the amount of $2,090.13.

The Court has considered the Motion **(P-61)** filed on December 6, 2010 for Payment of Unclaimed Funds filed by Dilks & Knopik requesting payment of unclaimed funds in the amount of $2,090.13.

The motion filed by Ronald Aldrich **(P-60)** and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the motion **(P-60)** filed by Ronald Aldrich for payment of unclaimed funds is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to Ronald Aldrich in the amount stated above and mail the check to the above address.

**IT IS FURTHER ORDERED** that the Motion **(P-61)** filed on December 6, 2010 for Payment of Unclaimed Funds filed by Dilks & Knopik requesting payment of unclaimed funds in the amount of $2,090.13 is **DENIED.**

New Orleans, Louisiana, April 26, 2011.

JERRY A. BROWN
BANKRUPTCY JUDGE